**Barbara KEHR, Appellant,**

v.

**PRINCIPAL LIFE INSURANCE COMPANY, Appellee.**

**No. 10–3849.**

United States Court of Appeals, Eighth Circuit.

Submitted: Sept. 7, 2011.

Filed: Sept. 8, 2011.

---

Eric B. Brown, Atwood & Associates, Lincoln, NE, for Plaintiff–Appellant.

Kathryn E. Jones, Marcia A. Washkuhn, Kutak & Rock, Omaha, NE, for Defendant–Appellee.

Before MURPHY, ARNOLD, and BENTON, Circuit Judges.

PER CURIAM.

Barbara Kehr appeals the district court's[1] adverse grant of summary judgment in her disability-discrimination action. After careful de novo review, *see Murphy v. Mo. Dep't of Corr.*, 372 F.3d 979, 982 (8th Cir.2004), this court affirms. Kehr was not a qualified individual because she admitted she could not perform the essential functions of her job, *see Wisbey v. City of Lincoln, Neb.*, 612 F.3d 667, 672–73 (8th Cir.2010). Kehr's pretext argument fails because she failed to present a prima facie case of discrimination.

This court affirms. *See* 8th Cir. R. 47B.

1. The Honorable Richard G. Kopf, United States District Judge for the District of Nebraska.